**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6195**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

DANIEL N. KEMP, SR.,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-cr-00149-BO-2)

Submitted:  July 21, 2025                           Decided:  August 8, 2025

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel N. Kemp, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel N. Kemp, Sr., appeals the district court's order denying his postjudgment motions for release of garnished funds, fee-free copies, change of venue or recusal, and appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Kemp*, No. 5:19-cr-00149-BO-2 (E.D.N.C. Mar. 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*